**STATE of Missouri, Respondent,**

v.

**Scott Gerald PRATT, Appellant.**

**No. ED 101721**

Missouri Court of Appeals, Eastern District, **DIVISION THREE.**

Filed: October 20, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied February 11, 2016

Application for Transfer Denied April 5, 2016

---

Hannah Zhao, 120 S. Central Ave., Ste. 130, St. Louis, MO 63105, for appellant.

Chris Koster, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

## ORDER

PER CURIAM

Scott Pratt appeals from the judgment entered upon a jury verdict finding him guilty of two counts of second-degree assault of a law enforcement officer, Section 565.082 RSMo.; one count of armed criminal action, Section 571.015 RSMo.; and one count of unlawful use of a weapon, Section 571.030 RSMo. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).